

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| HAROLD KING A/K/A HAROLD KEENE, | § | No. 08-16-00184-CV |
|  | § | Appeal from the |
| Appellant, | § | County Court at Law No. 4 |
| v. | § | of Travis County, Texas |
| MARGO GEORGE, | § | (TC# C-1-CV-16-005327) |
| Appellee. | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF MARCH, 2017.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.